Gregory L. Brown
J-82241
P.O. Box 5246
Corcoran, CA 93212

ORIGINAL

FILED
08 JUL 22 PM 12:46
RICHARD H. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

(PR)
MMC

United States District Court
Northern District of California

Gregory L. Brown,
   Petitioner,

V.

Ken Clark, Warden,
   Respondent.

No. CV 08 3501

Greg's Supporting Documents For His Declaration And Memorandum In Support Of Good Cause To File A Late Petition For Writ Of Habeas Corpus Due To Newly Discovered Evidence And A Claim Of Actual Innocence

Gregory L. Brown declares that:
1.) I am the petitioner in the above entitled-action.
2.) The documents attached hereto are supporting documents for my Declaration And Memorandum In Support Of Good Cause To File A Late Petition For Writ Of Habeas Corpus Due To Newly Discovered Evidence served on the court on or about April ___, 2008. Furthermore, under penalty of perjury I declare that the affixed supporting

1 of 2

1 documents are exact copies of what I declare
2 them to be as set forth in the said document.
3   Greg, the petitioner, declares under penalty of
4 perjury that the foregoing is true and correct.
5
6 Date: 4/—/08
7 7/8/08
8                                    Respectfully submitted,
9                                    Gregory L. Brown
10                                   GREGORY L. BROWN,
11                                   Petitioner

2 of 2

<u>Declaration of Service</u>

Case Name: <u>Gregory L. Brown   V. Ken Clark, Warden</u>

Case No.: _____

I declare:

On ~~May , 2008~~ July 8, 2008, I served the attached Greg's supporting documents for his Decl./Memor. In support of petition for Writ of Habeas Corpus. by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the prison mail collection system at <u>SATF Corcoran State Prison</u>, in California, addressed as follows:

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~5/ /08~~ 7/8/08

Gregory L. Brown
Gregory L. Brown